IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SANFORD WADE,**      **PLAINTIFF**

v.      CASE NO. 4:20-CV-01329  BSM

**JONESBORO CARWASH LLC, et al,**      **DEFENDANTS**

### INITIAL SCHEDULING ORDER

An appearance entered by defendant(s) in this case on **January 7, 2021**.

**IT IS HEREBY ORDERED** that the following deadlines and proposals are in effect:

     1.    **RULE 26(f) CONFERENCE DEADLINE**:     **April 7, 2021**

The parties are jointly responsible for holding their Rule 26(f) conference on or before the date specified.

     2.    **RULE 26(f) REPORT DUE DATE:**     **April 20, 2021**

Consult FRCP 26(f) and Local Rule 26.1 for information to be included in the Rule 26(f) Report. The Report should be filed with the Clerk of the Court.

     3.    **PROPOSED TRIAL DATE:**     **June 6, 2022**

The case will be scheduled for **JURY TRIAL** before Judge Brian S. Miller commencing at **9:30 a.m.** sometime during the week as set forth above in Courtroom #2D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol, Little Rock, Arkansas 72201. Counsel are directed to state in the Rule 26(f) Report whether they agree to a six (6) member jury. If the parties do not agree, the case will be tried to a twelve (12) member jury.

     4.    **RULE 16(b) CONFERENCE:**     Will be scheduled, if necessary.

A telephone conference will be scheduled within one week of the filing of the Rule 26(f) Report, if necessary as determined by the Court, to resolve any conflicts among the parties with the proposed trial date and deadlines, mandatory disclosures, etc. If the parties can agree on all issues in the Rule 26(f) Report and the trial date proposed by the Court, then the telephone conference will be unnecessary.

DATED: January 28, 2021

                                     AT THE DIRECTION OF THE COURT
                                     JAMES W. McCORMACK, CLERK

                                     By: *Raeanne Gardner*
                                         Deputy Clerk
                                         501.604.5404