IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SANFORD WADE**

                                                **PLAINTIFF**

**vs.**                    **No. 4:20-CV-1329 BSM**

**JONESBORO CARWASH, LLC**
**d/b/a TEAM CLEAN CARWASH**                                     **DEFENDANT**

**JOINT STATUS REPORT**

Pursuant to the Court's Final Scheduling Order [Doc. 13], Plaintiff Sanford Wade and Defendant Jonesboro Carwash, LLC d/b/a Team Clean Carwash submit the following joint status report:

The parties engaged in settlement negotiations on February 3, 2022. A settlement could not be reached. The parties expect the trial to take approximately two days, excluding jury selection.

Respectfully submitted this 4th day of February, 2022:

| | |
|---|---|
| Ashley R. Rhea (Ala. Bar No. 8736-H810) | Michael S. Moore (Ark. Bar No. 82112) |
| RHEA LAW LLC | Mark K. Cameron (Ark. Bar No. 2021193) |
| 400 West Capitol Avenue, Suite 1700 | FRIDAY, ELDREDGE & CLARK, LLP |
| Little Rock, AR  72201 | 400 West Capitol Ave., Ste. 2000 |
| Telephone: (501) 291-3105 | Little Rock, AR  72201 |
| arhea@rhealawllc.com | Telephone: (501) 370-1526 |
| *Attorney for Plaintiff Sanford Wade* | Telephone: (501) 370-1578 |
| | mmoore@fridayfirm.com |
| | mcameron@fridayfirm.com |
| | *Attorneys for Defendant Jonesboro* |
| | *Carwash, LLC d/b/a Team Clean Carwash* |