IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SANFORD WADE                                                                                           PLAINTIFF

vs.                                       No. 4:20-CV-1329 BSM

JONESBORO CARWASH, LLC
d/b/a TEAM CLEAN CARWASH                                                                    DEFENDANT

## MOTION FOR ORDER

Comes now Defendant, Jonesboro Carwash, LLC d/b/a Team Clean Carwash and for its Motion states:

1. Defendant filed a Motion for Summary Judgment, Statement of Undisputed Facts and Brief in Support of Motion for Summary Judgment on February 4, 2022.

2. Plaintiff has not responded to this motion.

3. On February 28, 2022, 10 days following the due date for Plaintiff's response, Defendant wrote the Court asking the Court for a ruling on its motion.

4. On that same date, counsel for Plaintiff emailed undersigned counsel, with a copy to the Court alleging that she had an illness in the family the week before. She indicated that she intended to file a motion to submit the response out of time.

5. Forty (40) days have now passed since this email from Plaintiff's counsel.

6. No pleading whatsoever has been filed by Plaintiff in response to Defendant's motion.

WHEREFORE, Defendant prays that this Court grant its Motion for Summary Judgment forthwith.

Respectfully submitted,

Michael S. Moore (ABA# 82112)
Mark Cameron, (ABA# 2021193)
Friday, Eldredge & Clark, LLP
2000 Regions Center
400 West Capitol Avenue
Little Rock, AR  72201-3493
501-370-1526
501-370-1578
mmoore@fridayfirm.com
mcameron@fridayfirm.com

2