# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**SANFORD WADE**                                                                   **PLAINTIFF**

v.                    **CASE NO. 4:20-CV-01329-BSM**

**JONESBORO CAR WASH LLC**                                      **DEFENDANT**

## <u>ORDER</u>

Plaintiff was granted seven days to show cause why defendant's motion for summary judgment should not be granted. Doc. No. 29. That deadline has now passed, and no response has been filed. Defendant's unopposed statement of facts [Doc. No. 20] are therefore adopted, its unopposed motion for summary judgment [Doc. No. 18] is granted, and this case is dismissed with prejudice.

IT IS SO ORDERED this 1st day of June, 2022.

                                                           _/s/ Brian S. Miller_
                                                           UNITED STATES DISTRICT JUDGE