# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**SANFORD WADE**                                                                    **PLAINTIFF**

**v.**                              **CASE NO. 4:20-CV-01329-BSM**

**JONESBORO CAR WASH LLC**                                           **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 1st day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE